IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § § § § § | Chapter 11 |
| CORINTHIAN COLLEGES, INC., *et al.* | | Case No. 15-10952 (KJC) |
| | | Jointly Administered |
| Debtors. | | |
| GUY REYNOLDS, on behalf of himself and all others similarly situated, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Adv. Pro. No. 15-50309 (KJC) |
| CORINTHIAN COLLEGES, INC., | | |
| Defendant. | | |

## PRETRIAL SCHEDULING ORDER

The above-captioned Plaintiff, Guy Reynolds ("Plaintiff"), together with the Debtor Defendant, Corinthian Colleges, Inc. ("Defendant", and together with Plaintiff, the "Parties"), by and through their counsel, respectfully request that the Court approve the following Pretrial Scheduling Order (the "Order") governing discovery and related matters.

**IT IS HEREBY ORDERED** that:

1. The Parties shall provide the initial disclosures under Fed. R. Civ. P. 26(a)(1) no later than twenty-one (21) days from entry of this Order.

2. Any motion to join other parties and/or to amend or supplement the pleadings shall be filed on or before August 15, 2015. If the complaint is amended, then the Parties shall confer in good faith on whether the schedule reflected in this Order should be revised.

3. Any motion for class certification shall be filed and served on or before September 16, 2015. Upon the filing of any such motion, the Parties shall confer in good faith on a schedule for briefing such motion, including a schedule for any discovery relating to the motion.

4. All fact discovery shall be completed on or before March 16, 2016.

5. Plaintiff shall serve any expert disclosures and reports on or before April 15, 2016. Defendant shall serve any expert disclosures and reports on or before June 15, 2016. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). The Parties may elect to provide rebuttal expert reports. Any such reports must be served on or before July 15, 2016.

6. All expert discovery shall be completed on or before August 31, 2016.

7. All dispositive motions shall be filed and served no later than September 30, 2016, and shall be subject to Rule 7007-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware. The Parties shall confer in good faith on a briefing schedule with respect to any dispositive motion filed with the Court.

8. The Court shall conduct a status conference on Oct 13, 2016 at 1:30 p.m. or on such other date to be determined by the Court.

9. Other than the date of the status conference provided in paragraph 8 above, the deadlines provided under this Order can be modified by written agreement of the Parties or by order of the Court for good cause shown.

Dated: July 01, 2015
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2

RLF1 12559639v.1