# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORINTHIAN COLLEGES, INC., et al[1].<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 15-10952 (KJC)<br>(Jointly Administered) |
| GUY REYNOLDS and CHRISTINE SEYMOUR, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CORINTHIAN COLLEGES, INC.,<br><br>　　　　　　　　　　Defendant. | Adversary No. 15-50309 (KJC) |

## CASE STATUS REPORT – STATUS E

　　Plaintiffs Guy Reynolds and Christine Seymour ("Plaintiffs") on behalf of themselves and all others similarly situated hereby submit this Case Status Report.

<u>Nature of the Matters in Issue/ Status of the Case</u>

　　On May 5, 2015, Plaintiff Guy Reynolds filed a *Class Action Adversary Proceeding Complaint* [Docket No. 1] alleging that Defendant Corinthian Colleges, Inc. violated the Worker Adjustment Retraining and Notification Act and its California counterpart, under Cal. Labor

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Corinthian Colleges, Inc. (7312), Corinthian Schools, Inc. (0525), Rhodes Colleges, Inc. (7311), Florida Metropolitan University, Inc. (7605), Corinthian Property Group, Inc. (2106), Titan Schools, Inc. (3201). Career Choices, Inc. (1425), Sequoia Education, Inc. (5739), ETON Education, Inc. (3608), Ashmead Education, Inc. (9120), MJB Acquisition Corporation (1912), ECAT Acquisition, Inc. (7789), Pegasus Education, Inc. (2336), Grand Rapids Educational Center, Inc. (2031), Rhodes Business Group, Inc. (6709); Everest College Phoenix, Inc. (6173), CDI Education USA, Inc. (0505), SPPE VII-B Heald Holdings Corp. (0115), SD III-B Heald Holdings Corp. (9707), Heald Capital LLC (6164), Heald Real Estate, LLC (4281), Heald Education, LLC (1465), Heald College, LLC (9639), QuickStart Intelligence Corporation (5665) and Socle Education, Inc. (3477). The Debtors' corporate headquarters is at 6 Hutton Centre Drive, Suite 400, Santa Ana, California 92707.

Code, § 1400 et. seq. (collectively "the WARN Acts") and seeking, on behalf of himself and all others similarly situated, an allowed claim in an amount equal to 60 days wages and benefits for each affected employee. On August 20, 2015, after Mr. Reynolds unopposed motion for leave to amend the complaint was granted, Plaintiffs filed an amended complaint adding Ms. Seymour as a plaintiff and Heald Capital, LLC, Heald College, LLC, Heald Education, LLC, Heald Real Estate, LLC, SD III-B Heald Holdings Corp., and SP PE VII-B Heald Holdings Corp. as defendants. [Docket No 30].

Settlement Status

As the Court is aware, on August 26, 2015, the parties noted on the record at Debtors' Plan confirmation hearing that they had reached a settlement in principle of the WARN Act litigation. The parties are in the process of documenting the settlement and preparing necessary documents and filings for the formal consummation of the settlement, approval of a class for settlement purposes, and final disposition of the adversary.

DATED: September 4, 2015
Wilmington, Delaware

/s/ Jack A. Raisner
René S. Roupinian
Jack A. Raisner
OUTTEN & GOLDEN LLP
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000

--and--

Christopher D. Loizides (No.3968)
LOIZIDES, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 654-0248

*Counsel for Plaintiffs and all others similarly situated*